[No. 24609-4-III. Division Three. April 12, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN LEE GILCHRIST, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 05-1-00665-3, Craig J. Matheson, J., entered October 18, 2005. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Kulik, J.

[No. 24780-5-III. Division Three. April 12, 2007.]

DISCOVER BANK, *Respondent*, v. RICKEY DEAN RAY ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 05-2-00160-3, Rebecca M. Baker, J., entered November 17, 2005. *Affirmed in part* and *remanded* by unpublished opinion per Kulik, J., concurred in by Sweeney, C.J., and Brown, J. Now published at 139 Wn. App. 723.

[No. 24798-8-III. Division Three. April 12, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES DOUGLAS FOONDLE, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 05-1-00907-5, Cameron Mitchell, J., entered December 1, 2005. *Affirmed* by unpublished opinion per Kato, J. Pro Tem., concurred in by Schultheis, A.C.J., and Kulik, J.

[No. 25376-7-III. Division Three. April 12, 2007.]

CLARK COOKE, *Respondent*, v. THE CITY OF EAST WENATCHEE, *Respondent*, RAY FIOANINI ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Douglas County, No. 05-2-00344-5, John E. Bridges, J., entered July 18, 2006. *Affirmed* by unpublished opinion per Kato, J. Pro Tem., concurred in by Schultheis, A.C.J., and Kulik, J.